UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOB WRIGHT,

    Plaintiff(s),

vs.

CAROLYN WILCOXON, et al.,

    Defendant(s).

No. C-09-2913 MHP

**ORDER DISMISSING COMPLAINT**

On September 23, 2009, this court ordered the complaint in this action dismissed with leave to amend. Plaintiff was given 45 days to amend. Instead of amending he moved to disqualify this judge. That motion was denied. He attempted to appeal. The appeal was dismissed for lack of jurisdiction and the mandate was returned to this court on March 24, 2010.

As of this date, more than a year and a half later, plaintiff has still failed to file an amended complaint. Therefore,

IT IS HEREBY ORDERED that the complaint in this action is DISMISSED with prejudice and the Clerk of Court shall close the file.

Date: May 12, 2011

MARILYN HALL PATEL
United States District Court Judge
Northern District of California